UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SLATTERY,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 2:18-cv-02593-KJN<br><br>ORDER AND<br><br>ORDER TO SHOW CAUSE |

Plaintiff, proceeding without counsel, initially commenced this social security action on September 21, 2018, and requested leave to proceed *in forma pauperis*. (ECF Nos. 1, 2.) The court granted plaintiff's request and ordered him to "submit to the United States Marshal an original and five copies of the completed summons, five copies of the complaint, five copies of the scheduling order, and a completed USM-285 form, and [to] file a statement with the court that such documents have been submitted to the United States Marshal" by October 5, 2018. (ECF No. 3 at 2.) The deadline having passed, plaintiff has failed to provide the court with a statement that he provided the necessary documents to the United States Marshal.

The court has considered whether sanctions should be imposed against plaintiff. However, in light of plaintiff's *pro se* status, the court first issues an order to show cause, providing plaintiff with an opportunity to explain his failure to submit the necessary documents to

1

the United States Marshal and to notify the court, as ordered. The court also provides plaintiff with an additional opportunity to submit the necessary documents to the United States Marshal.

Furthermore, the court notes that plaintiff has not yet indicated whether or not he consents to the jurisdiction of the magistrate judge for all purposes. Therefore, plaintiff is directed to do so. Importantly, plaintiff is under no obligation to so consent—plaintiff's designation merely assists the court in determining how the case should be administratively processed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall, **within fourteen days of this order**:
    a. Show cause in writing why this action should not be dismissed based on his failure to prosecute this case;
    b. Submit to the United States Marshal an original and five copies of the completed summons, five copies of the complaint, five copies of the scheduling order, and a completed USM-285 form;
    c. File a statement with the court that the above documents have been submitted to the United States Marshal; and
    d. File a brief statement indicating whether or not he consents to the jurisdiction of a United States magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).
2. Failure to timely respond to the order to show cause and to timely provide the United States Marshal with the necessary documents may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).
3. The Clerk of Court shall serve another copy of the court's September 28, 2018 orders and the summons (ECF Nos. 3, 4, and 5) on plaintiff along with a copy of this order.

IT IS SO ORDERED.

Dated: January 11, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE